UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DESMOND WITHERSPOON,<br><br>Plaintiff,<br><br>v.<br><br>IRENE THE DREAM,<br><br>Defendant. | Civil Action No. 14-7803 (SRC)<br><br>OPINION |

**CHESLER**, District Judge

      This matter comes before the Court on the application filed by Plaintiff Desmond Witherspoon to proceed in forma pauperis without fees under 28 U.S.C. § 1915.  The Court finds that Plaintiff qualifies for in forma pauperis status, yet his Complaint will be dismissed.  The Court must examine Plaintiff's claim and dismiss it if frivolous or legally insufficient.  28 U.S.C. § 1915(e)(2).  The Complaint is devoid of content.  It fails to allege a single fact or even attempt to assert a cause of action.  Clearly, Plaintiff has failed to state a basis for federal subject matter jurisdiction, and he has failed to state any claim for relief, much less a facially plausible one.  For the reasons provided in the Opinion for Civil Action No. 14-6296, Plaintiff is on notice that he may be sanctioned if he continues to file unsubstantiated and repetitive lawsuits.  An appropriate Order will be filed.

                                                                                  s/Stanley R. Chesler
                                                                                 STANLEY R. CHESLER
                                                                                 United States District Judge

Dated: January 9, 2015